Jeffrey S. Lawson (SBN 99855)
jsl@svlg.com
Kathryn E. Barrett (SBN 162100)
keb@svlg.com
SILICON VALLEY LAW GROUP
50 W. San Fernando Street, Suite 750
San Jose, CA 95113
Phone: (408) 573-5700
Fax:     (408) 573-5701

Attorneys for Tarob M & C Investors. LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Tarob M & C Investors, LLC<br><br>        Plaintiff,<br><br>vs.<br><br>Herbert Family Living Trust, Boowhan Corporation, dba Norge Village, and Does 1 – 50, inclusive.<br><br>        Defendants. | Case No. C 14-04291 PSG<br><br>[~~PROPOSED~~] ORDER<br><br>FILED CONCURRENTLY WITH JOINT STIPULATION EXTENDING TAROB M & C INVESTORS, LLC'S TIME TO FILE AN AMENDED COMPLAINT<br><br>L.R. 6-2 and Fed. R. Civ. P. 15(a) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having read the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Tarob M & C Investors, LLC's time to amend its complaint pursuant to FRCP Rule 15(e) is extended to July 6, 2015.

Pursuant to the Stipulation IT IS SO ORDERED

Dated:    June 10, 2015                                    _____
                                                            Hon. Paul S. Grewal