UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAROB M&C INVESTORS, LLC, | Case No. 5:14-cv-04291-PSG |
| Plaintiff, | **ORDER CLARIFYING ORDER ON MOTION TO DISMISS** |
| v. | |
| WILLIAM A. HERBERT, AS TRUSTEE OF THE HERBERT FAMILY LIVING TRUST, et al., | **(Re: Docket No. 43)** |
| Defendants. | |

The court previously granted-in-part Defendants William A. Herbert and Boowhan Corporation dba Norge Village's ("Norge Village") motion to dismiss Plaintiff Tarob M&C Investors, LLC's ("Tarob") first amended complaint.[1] Tarob subsequently requested clarification of the court's order dismissing with leave to amend Tarob's third claim, trespass, and fourth claim, nuisance.[2] For the reasons previously stated,[3] any amended complaint shall specify whether the

---

[1] *See* Docket No. 42.

[2] *See* Docket No. 43.

[3] *See* Docket No. 42 at 6-7.

1
Case No. 5:14-cv-04291-PSG
ORDER CLARIFYING ORDER ON MOTION TO DISMISS

1  alleged trespass and nuisance are permanent or continuing and allege facts supporting those claims.
2  The deadline to file any amended complaint remains October 14, 2015.

4  **SO ORDERED.**

5  Dated: October 5, 2015

    _____
    PAUL S. GREWAL
    United States Magistrate Judge